# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOILEAF, LLC, a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HAMESH SHAHANI, an individual; and DOES 1-25, inclusive,<br><br>Defendants | Case No.: 2:23-cv-02421-AB-MRW<br><br>[PROPOSED] ORDER DISMISSING ACTION |
| HAMESH SHAHANI and LOO READY, LLC,<br><br>Counterclaimant and Third Party Plaintiffs,<br><br>v.<br><br>TOILEAF, LLC,<br><br>Counter-Defendant; and<br><br>VAL VANIAKIN, an individual;<br><br>Third Party Defendant. | |

**[PROPOSED] ORDER**

Based on the stipulated dismissal submitted by Plaintiffs Toileaf, LLC and Val Vaniakin, and Defendants Loo Ready, LLC and Hamesh Shahani ("the Parties"), IT IS HEREBY ORDERED that this case is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), including all claims, counterclaims, and causes of action which were or could have been asserted among the Parties. Furthermore, the Parties are to bear their own fees and costs.

**IT IS SO ORDERED:**

DATED: September 12, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE